UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

**FILED**

2019 OCT -1 P 1: 27

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:19-CR-175 U.S. DISTRICT COURT EASTERN DIST. TENN. |
| v. | ) | JUDGES Varlan (Poplin) DEPT. CLERK |
| JUDITH BARKER | ) | |

## INFORMATION

The United States Attorney charges as follows:

## INTRODUCTION

1.      At all times material to this Information, the International Brotherhood of
Teamsters, was a labor organization engaged in an industry affecting commerce and subject to
the Labor Management Reporting and Disclosure Act of 1959, 29 U.S.C. § 401, *et seq.*, required
to file an annual financial report, to wit, a Labor Organization Annual Report, with the Secretary
of Labor.

2.      From in or around March, 2010 through on or about January 4, 2015, the
defendant, JUDITH BARKER ("BARKER") was employed by the International Brotherhood of
Teamsters, Local 519.

3.      From in or around September, 2010 through on or about January 4, 2015, BARKER
served as the bookkeeper for the International Brother of Teamsters, Local 519.

## COUNT ONE

4.      The allegations contained in paragraphs 1 through 3 are incorporated herein by
reference.

5.      On or about November 13, 2014, in the Eastern District of Tennessee, defendant
BARKER did willfully conceal the receipt of union dues in the amount of $210.00 paid by a

member, a record of which receipt was required to be kept by the International Brotherhood of Teamsters, Local 519, in accordance with section 436 of Title 29, United States Code, and a record of matters required to be reported in the annual financial report of the International Brotherhood of Teamsters and filed with the Secretary of Labor for such labor organization's fiscal year ending on December 31, 2014.

In violation of Title 29, United States Code, Section 439(c).

J. DOUGLAS OVERBEY
UNITED STATES ATTORNEY

By: _____

FRANK M. DALE, JR.
Assistant United States Attorney