UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JUDITH BARKER, )<br>)<br>Defendant. ) | No.: 3:19-CR-175-TAV-DCP |

### **REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636(b), the undersigned conducted a change of plea hearing in this case on November 7, 2019. Assistant United States Attorney Frank Dale appeared on behalf of the Government. Attorney Benjamin Sharp, Assistant Federal Defender, represented Defendant Judith Barker, who was also present. At the hearing, Defendant entered a plea of guilty to the one-count Information [Doc. 3], in exchange for the commitments made by the Government in the written plea agreement [Docs. 4 & 5]. On the basis of the record made at the hearing, the undersigned finds that Defendant is fully capable and competent to enter an informed plea; the plea is made knowingly and with full understanding of each of the rights waived by Defendant; the plea is made voluntarily and free from any force, threats, or promises, apart from the promises in the plea agreement; Defendant understands the nature of the charge and penalties provided by law; and the plea has sufficient basis in fact.

Therefore, the undersigned **RECOMMENDS** that Defendant's guilty plea to the single count in the Information be granted and accepted by the District Judge and that the District Judge adjudicate Defendant guilty of the charge set forth in the Information.

1

Further, Defendant requested to remain on release after entry of her plea pending sentencing and the Government did not object.  Therefore, it is **RECOMMENDED** that Defendant remain on release under the terms and conditions set forth in the undersigned's Order Setting Conditions of Release [Doc. 10] until sentencing in this matter.  Adjudication of guilt and imposition of sentence are specifically reserved for the District Judge.

Respectfully submitted,

s/ C. Clifford Shirley, Jr.
United States Magistrate Judge