UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:19-CR-175-TAV-DCP ) |
| JUDITH BARKER, | ) ) |
| Defendant. | ) ) |

# ORDER

This criminal case is before the Court on the Report and Recommendation ("R&R") [Doc. 11] entered by United States Magistrate Judge C. Clifford Shirley, Jr. recommending that the Court: (1) accept defendant's guilty plea to the single count in the information; (2) adjudicate defendant guilty of concealing a record required to be maintained by a labor organization in violation of 29 U.S.C. § 439(c); and (3) order that the defendant remain on release pending sentencing. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 51.

After reviewing the record, the Court agrees with Judge Shirley's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the R&R [Doc. 11] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's plea of guilty to the single count of the information is **ACCEPTED**;

2. Defendant is hereby **ADJUDGED** guilty of concealing a record required to be maintained by a labor organization in violation of 29 U.S.C. § 439(c);

3. Defendant **SHALL REMAIN** out of custody subject to the Order Setting Conditions of Release [Doc. 10] until further order of this Court for sentencing in this matter which is scheduled to take place on February 19, 2020.

ENTER.

                                      s/ Thomas A. Varlan
                                      UNITED STATES DISTRICT JUDGE